```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 07922
   FRANCIS J JELEN
   SUSAN M JELEN                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-0473    SSN XXX-XX-4714

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/02/2004 and was confirmed 05/28/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.17%.

     The case was dismissed after confirmation 03/24/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
AMERICAN FINANCIAL GROUP  SECURED           2390.00         348.95        1893.35
LOAN SERVICING GROUP LLC  CURRENT MORTG    12859.16            .00       12859.16
LOAN SERVICING GROUP LLC  MORTGAGE ARRE     6154.24            .00        5116.95
ILLINOIS TITLE LOAN       NOTICE ONLY     NOT FILED            .00            .00
MCGILL MGMT COUNTRYSIDE   NOTICE ONLY     NOT FILED            .00            .00
ILLINOIS TITLE LOANS      SECURED           1515.40         221.25        1200.50
WELLS FARGO HOME MORTGAG  CURRENT MORTG    47951.38            .00       47951.38
SHAPIRO & KREISMAN        NOTICE ONLY     NOT FILED            .00            .00
AMERICASH LOANS LLC       UNSECURED         348.58             .00            .00
BANK ONE                  UNSECURED       NOT FILED            .00            .00
CHECK INTO CASH INC       UNSECURED         288.00             .00            .00
CHECK N GO                UNSECURED         743.35             .00            .00
WELLS FARGO HOME MORTGAG  COST OF COLLE       .00              .00            .00
CITIBANK NA               UNSECURED       NOT FILED            .00            .00
CRAMER FINANCIAL GROUP    UNSECURED         1513.91            .00            .00
CREDIT SERVICE DIVISION   UNSECURED       NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED         560.24             .00            .00
FORD MOTOR CREDIT         UNSECURED       NOT FILED            .00            .00
FORD MOTOR CREDIT         NOTICE ONLY     NOT FILED            .00            .00
SHERMAN & SHERMAN         NOTICE ONLY     NOT FILED            .00            .00
HOME BANKCARD SERVICES    UNSECURED       NOT FILED            .00            .00
ILLINOIS BONE & JOINT     UNSECURED       NOT FILED            .00            .00
ILLINOIS TITLE LOANS      UNSECURED       NOT FILED            .00            .00
ILLINOIS TITLE LOAN       NOTICE ONLY     NOT FILED            .00            .00
MERCHANTS CREDIT GUIDE C  UNSECURED       NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED            .00            .00
PAY DAY LOANS             UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED         732.04             .00            .00
VERIZON WIRELESS          UNSECURED         194.02             .00            .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE     9732.05            .00        8098.63
VERIZON WIRELESS          UNSECURED         7116.90            .00            .00
VERIZON WIRELESS          UNSECURED         366.29             .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 07922 FRANCIS J JELEN & SUSAN M JELEN
```

```
WELLS FARGO BANK NA      COST OF COLLE        .00                    .00              .00
TIMOTHY K LIOU           DEBTOR ATTY       818.40                                  818.40
TOM VAUGHN               TRUSTEE                                                 4,413.71
DEBTOR REFUND            REFUND                                                      .00
```

Summary of Receipts and Disbursements:

```
                              RECEIPTS              DISBURSEMENTS

TRUSTEE                      82,922.28

PRIORITY                                                  .00
SECURED                                             77,119.97
    INTEREST                                           570.20
UNSECURED                                                 .00
ADMINISTRATIVE                                         818.40
TRUSTEE COMPENSATION                                 4,413.71
DEBTOR REFUND                                             .00
                           --------------         --------------
TOTALS                       82,922.28              82,922.28
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 06/25/08                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```